UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-10849-CAS (FFMx) | Date | November 19, 2013 |
|---|---|---|---|
| Title | STORM MANUFACTURING GROUP INC. V. WEATHER TEC CORPORATION, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant |
| Not Present | | Not Present |

**Proceedings:**   (IN CHAMBERS): PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT (filed Nov. 4, 2013, Dkt. #39)

     The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing date of December 2, 2013, is vacated, and the matter is hereby taken under submission.

     Plaintiff Storm Manufacturing Group filed this action in this Court on December 20, 2012, against defendants Nick Rogers ("Rogers") and Weather Tec Corporation ("Weather Tec"). Plaintiff filed an amended complaint ("FAC") on March 11, 2013. Plaintiff alleges violations of the Lanham Act, 15 U.S.C. § 1125(a), the Sherman Act, 15 U.S.C. § 2, the Clayton Act, 15 U.S.C. § 14, California Business & Professions Code §§ 17533.7 and 17200, California Civil Code § 1770, and claims for intentional interference with prospective economic advantage, negligent misrepresentation, negligent interference with prospective economic advantage, trade libel, and defamation.

     On February 19, 2013, defendants filed a motion to dismiss for lack of personal jurisdiction and a motion to transfer this action to the United States District Court for the Eastern District of California. Dkt. #8. The Court issued an order on March 13, 2013, denying defendants' motion to dismiss for lack of personal jurisdiction. Dkt. #11. By order dated April 15, 2013, the Court denied defendants' motion to transfer the action to the Eastern District of California. Dkt. #16.

     Defendants then filed a motion to dismiss pursuant to Federal Rules of Civil Procedure 9(b), 9(g), and 12(b)(6) on July 31, 2013, seeking dismissal of all claims for relief for lack of standing, and dismissal of the third, eighth, ninth, tenth, and eleventh

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-10849-CAS (FFMx) | Date | November 19, 2013 |
|---|---|---|---|
| Title | STORM MANUFACTURING GROUP INC. V. WEATHER TEC CORPORATION, ET AL. | | |

claims for relief for failure to state a claim. Dkt. # 31. The Court granted defendants' motion in part, and denied it in part. Dkt. #39. Plaintiff filed a second amended complaint on October 15, 2013. Dkt. #37.

On November 4, 2013, plaintiff filed a motion for leave to file a third amended complaint. Dkt. #39. Defendants responded on November 8, 2013, indicating that they do not oppose this motion. Dkt. #46.

Based on defendants' non-opposition, plaintiff's motion is hereby GRANTED and the third amended complaint lodged with plaintiff's motion is deemed filed.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |