**Law Offices of Ann E. Grant**  E-Filed: April 25, 2014
Ann E. Grant (SBN157522)
agrant723@aol.com
Daniel Z. Srourian (SBN 285678)
hello@danielsrourian.com
1500 Rosecrans Avenue, Suite 500
Manhattan Beach, California 90266
Telephone: 310.706.4149
Facsimile:  310.706.4007

Attorneys for Plaintiff
STORM MANUFACTURING GROUP, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORM MANUFACTURING GROUP, INC., a California Corporation,<br><br>vs.<br><br>WEATHER TEC CORPORATION, a California Corporation; NICK ROGERS, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV12-10849-CAS (FFMx)<br><br>HONORABLE CHRISTINA A. SNYDER<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties to the above-entitled action, by and through their respective counsel of record, hereby stipulate as follows:

1. Plaintiff's entire complaint against the defendants, including all claims alleged therein, is hereby dismissed with prejudice; and

2. All parties shall bear their own attorneys' fees and costs.

SO STIPULATED.

DATED: April 24, 2014

LAW OFFICES OF ANN E. GRANT

By: *Ann E. Grant*
Ann E. Grant
Attorneys for Plaintiff STORM
MANUFACTURING GROUP, INC.

DATED: April 24, 2014

MURCHISON & CUMMING, LLP

By: *[signature]*
Nannette G. Reed
Attorneys for Defendants
WEATHER TEC CORP. and NICK ROGERS

2
STIPULATION FOR DISMISSAL