**Law Offices of Ann E. Grant**
Ann E. Grant (SBN157522)
agrant723@aol.com
Daniel Z. Srourian (SBN 285678)
hello@danielsrourian.com
1500 Rosecrans Avenue, Suite 500
Manhattan Beach, California 90266
Telephone: 310.706.4149
Facsimile:  310.706.4007

JS-6

Attorneys for Plaintiff
STORM MANUFACTURING GROUP, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORM MANUFACTURING GROUP, INC., a California Corporation,<br><br>vs.<br><br>WEATHER TEC CORPORATION, a California Corporation; NICK ROGERS, an individual, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | CASE NO. CV12-10849-CAS (FFMx)<br><br>HONORABLE CHRISTINA A. SNYDER<br><br>**[PROPOSED] ORDER FOR DISMISSAL** |

　　　WHEREAS, the parties to the above-entitled action, by and through their respective counsel of record, have stipulated as follows:

　　　1.　　Plaintiff's entire complaint against the defendants, including all claims alleged therein, is hereby dismissed with prejudice; and

/ / /

2. All parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: April 29, 2014

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER FOR DISMISSAL